An unpublished opinion of the North Carolina Court of Appeals does not constitute controlling legal authority. Citation is disfavored, but may be permitted in accordance with the provisions of Rule 30(e)(3) of the North Carolina Rules of Appellate Procedure.

IN THE COURT OF APPEALS OF NORTH CAROLINA

No. COA 24-573

Filed 18 June 2025

Wake County, No. 22CVS014854-910

KENNETH BRYANT, BRYANT ENTERPRISES, LLC, Plaintiffs,

v.

BRYAN DONALD FIELDS, and CARSTEN JASON GALLINI, Defendants.

Appeal by plaintiffs from order entered 27 February 2024 by Judge Vince Rozier in Wake County Superior Court. Heard in the Court of Appeals 25 February 2025.

*Law Offices of John M. Kirby, by John M. Kirby for plaintiff-appellant.*

*Carsten Jason Gallini, pro se defendant-appellee.*

DILLON, Chief Judge.

In this appeal, Plaintiffs challenge the trial court's order allowing the motion to dismiss filed by Defendant Carsten Jason Gallini based on lack of personal jurisdiction. In our opinion in a separate appeal (COA 24-610), we affirm the trial court's denial of a similar motion filed by co-defendant Bryan Donald Fields. Background information regarding this present appeal may be found in our opinion

in COA 24-610, filed contemporaneously herewith.

Defendant Gallini is a resident of Texas. Plaintiffs' allegations, which were found to be true by the trial court regarding Mr. Gallini's conduct disparaging Plaintiffs' business, are far more limited than the conduct of co-defendant Mr. Fields. The trial court found that Mr. Gallini's alleged conduct consisted merely of publishing a link about Plaintiff on a Facebook Motorola page and posting negative comments about Plaintiff's business on the internet.

We conclude the findings of the trial court support its conclusion that North Carolina lacks personal jurisdiction over Defendant Gallini in this action.

AFFIRMED.

Judges HAMPSON and GORE concur.

Report per Rule 30(e).